157 A.3d 823

**WILKINS**

v.

**WILKINS**

**Pet. Docket No. 589, Sept. Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 445, Sept. Term, 2016).

Petition for writ of certiorari denied

■

157 A.3d 823

**WILLIAMS, James, Jr.**

v.

**STATE of Maryland**

**Pet. Docket No. 586, Sept.Term, 2016**

Court of Appeals of Maryland.

April 21, 2017

Opinion of the Court of Special Appeals unreported (No. 405, Sept. Term, 2015).

Petition for writ of certiorari denied